UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
---------------------------------------------------X
In Re:
                Chapter 7
NEW ROAD ONE, LLC         Case No.: 06-36132(CGM)

Debtor
---------------------------------------------------X
TO THE HONORABLE CECELIA G. MORRIS
UNITED STATES BANKRUPTCY JUDGE

## TRANSMITTAL OF UNCLAIMED FUNDS

MICHAEL O'LEARY, Trustee of this estate reports the following:

1. Ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case. Your Trustee has voided/stopped payment on all checks remaining unpaid. The name of the person to whom such unnegotiated distribution check was issued, the amount of such check, and their last known addresses are:

204     Orange & Rockland,                                   $71.19
        c/o Rosalie Zuckerman, Esq.
        1 Irving Plaza
        New York, New York 10003

2. Your Trustee's check for $71.19, payable to the Clerk of the Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Dated: August 31, 2011
       Middletown, New York

                                                      /s/ Michael O'Leary
                                                MICHAEL O'LEARY, TRUSTEE